UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL D. FORD, | No. 1:23-cv-01603 GSA (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR SETTLEMENT CONFERENCE AS PREMATURELY FILED |
| v. | |
| KERN VALLEY STATE PRISON, et al., | (ECF Nos. 20, 21) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court are Plaintiff's two motions for an early settlement conference. ECF Nos. 20, 21. Given that Plaintiff's complaint has yet to be screened and served, these motions are premature. Therefore, they will be denied as such. Plaintiff's complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for an early settlement conference (ECF Nos. 20, 21) are DENIED as PREMATURELY FILED.

IT IS SO ORDERED.

Dated: **August 13, 2025**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1